

**EGAN**
LAW FIRM, LLC

Egan Law Firm, LLC
112 Madison Avenue, 3rd Floor, New York NY 10016
Tel 212.619.8456   Fax 212.619.0189

March 6, 2008

_**Via ECF and Regular Mail**_
Honorable Richard Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **Roach v. Young & Rubicam**
        **02 CV 10111(KMK)**

Dear Judge Sullivan:

I represent the plaintiff in the referenced case. I write to request a two week adjournment of the date by which the Status Report is due and of the Status Conference until the week of April 7, 2008. I am expecting to be away on a long planned vacation with my family the last week in March.

Also, Defendant's Motion for Summary Judgment in the referenced matter was submitted to Judge Karas in the middle of 2005. As a result, a lengthy period of time has passed since counsel or the litigants have focused on the particulars of my client's claim. As a result, it may take somewhat longer for the parties to prepare the comprehensive status report you have directed us to provide.

Counsel for defendant consents to this request.

Thank you for your consideration of this request.

Sincerely,

Susan B. Egan

SBE:ylc
Enclosure

cc.     Guy Cohen
        Jerry Roach