DAVIS & GILBERT, LLP
Guy R. Cohen (gcohen@dglaw.com)
1740 Broadway
New York, New York 10019
(212) 468-4800
*Attorneys for Defendant Young & Rubicam, Inc.*

EGAN LAW FIRM, LLC
Susan B. Egan (segan@eganattorneys.com)
112 Madison Avenue, 3rd Floor
New York, New York 10016
(212) 619-8456
*Attorneys for Plaintiff Jerry Roach*



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY ROACH,<br><br>                        Plaintiff,<br><br>  -against-<br><br>YOUNG & RUBICAM ADVERTISING, A DIVISION OF YOUNG & RUBICAM INC.,<br><br>                        Defendant. | 02 Civ. 10111 (RJS)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys for Plaintiff Jerry Roach and Defendant Young & Rubicam, Inc., that the above-entitled action be, and the same hereby is, discontinued with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to bear their own costs and attorneys' fees.

Dated: New York, New York
May 19, 2008

| EGAN LAW FIRM, LLC | DAVIS & GILBERT LLP |
|---|---|
| By: *[signature]*<br>Susan B. Egan<br>(segan@eganattorneys.com)<br>112 Madison Avenue, 3rd Floor<br>New York, New York 10016<br>(212) 619-8456<br><br>Attorneys for Plaintiff<br>Jerry Roach | By: *[signature]*<br>Guy R. Cohen (gcohen@dglaw.com)<br>1740 Broadway<br>New York, New York 10019<br>(212) 468-4800<br><br>Attorneys for Defendant<br>Young & Rubicam, Inc. |

SO ORDERED:

*[signature]*

Honorable Richard Sullivan
United States District Judge

5/29/08